# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 19, 2023

## NO. 03-23-00605-CR

**Quintel Lamar Phynon, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment adjudicating guilt entered by the trial court. Quintel Lamar Phynon has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Quintel Lamar Phynon to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.